# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

John Locke, et al.

v.                                          Case Number: 4:25–cv–01574

City of Houston

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/3/2025

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:    June 30, 2025                                Nathan Ochsner, Clerk