UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN LOCKE, ET. AL., §<br>§<br>§<br>Plaintiffs, §<br>§   CIVIL ACTION NO. 4:25-cv-1574<br>v. §<br>§<br>CITY OF HOUSTON §<br>§<br>Defendant, § | |

## SUGGESTION OF DEATH OF ATTORNEY OF RECORD

**To the Honorable Judge of said court:**

COMES NOW, Timothy Sullivan, and respectfully suggests to the Court that **Remington Michael Alessi**, Plaintiffs' Attorney, **died on or about September 26, 2025.**

I am a close friend and colleague of Mr. Alessi and have personal knowledge of the circumstances surrounding his passing.

This notice is provided so that the Court and all parties may take appropriate action regarding future representation and proceedings in this matter.

Respectfully submitted,

**MELCER & SULLIVAN PLLC**

Timothy B. Sullivan
SBN: 24107358
Tim@melcersullivan.com
Mail: 601 Tremont St. #2205 Galveston, TX 77553
Telephone: (409) 766-0503