United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN LOCKE, *et. al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-25-1574 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On April 5, 2025, Plaintiffs filed a complaint against Defendant City of Houston.[1]

Nothing in the record indicates that Defendant City of Houston has been served in compliance with the Federal Rules of Civil Procedure. If a defendant is not served within ninety days after the complaint is filed, the Court must: (1) dismiss the action without prejudice; or (2) order service be made within a specified time. Fed. R. Civ. P. 4(m). It has been over ninety days since the complaint was filed. Therefore, the Court finds Plaintiffs must show that they effectuated service by July 4, 2025, as required by Rule 4(m). Accordingly, the Court hereby

---

[1] *Plaintiffs' Complaint*, Document No. 1 at 1.

**ORDERS** that Plaintiffs provide proof that they properly served Defendant City of Houston by July 4, 2025, **NO LATER THAN FOURTEEN DAYS FROM THE DATE OF THIS ORDER.** The Court further

**WARNS** that failure to provide proof of service within fourteen days will result in dismissal of the plaintiffs' case without further notice.

SIGNED at Houston, Texas, on this __2__ day of December, 2025.

DAVID HITTNER
United States District Judge